**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| DUAINE and SUE LIPSCOMB, JODIE ROBINSON and ELSIE LANGLEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO: 09-00012-KD-C |
| AMERIQUEST MORTGAGE CO., INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Stay and for Extension of Time (Doc. 3).  On or about January 28, 2009, Defendant submitted a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation to the Northern District of Illinois, requesting that the Judicial Panel transfer this matter to the Northern District of Illinois.  (Doc. 3, Ex. A).  Defendant moves the Court to enter a stay of this matter pending its anticipated transfer by the Judicial Panel for consolidated pre-trial proceedings, and in connection with the requested stay, seeks additional time within which to Answer or otherwise respond to Plaintiffs' Complaint. Defendant represents further, that counsel for Plaintiffs does not opposed the requested stay.  Upon consideration, Defendant's motion is **GRANTED.**

DONE and **ORDERED** this 20th day of February, 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**